# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1220 North Jones Road, Independence, Missouri, as described in Attachment A, incorporated & attached | ) ) ) Case No. 19-SW-00329-JTM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Missouri____
*(identify the person or describe the property to be searched and give its location)*:

1220 North Jones Road, Independence, Missouri, as further described in Attachment A, incorporated herein by reference and attached.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Computers and computer storage media, mobile devices, images, and documents more specifically set out in Attachment B, attached hereto and incorporated by this reference, which is contraband, instrumentalities, and evidence concerning violations of 18 USC §§ 2251 & 2252 for production, distribution, receipt, & possession of child pornography.

**YOU ARE COMMANDED** to execute this warrant on or before ____October 7, 2019____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable John T. Maughmer____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued: ____09/27/2019 11:02 am____

*Judge's signature*

City and State: ____Kansas City, Missouri____   Honorable John T. Maughmer, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 19-SW-00329-JTM | Date and time warrant executed: 10-7-2019  0602 hrs | Copy of warrant and inventory left with: James Metcalf |
|---|---|---|

Inventory made in the presence of:
SA Cox

Inventory of the property taken and name of any person(s) seized:

See Attached inventory log
(2 pages)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-7-2019

*Executing officer's signature*

Andrew Zumhofe    Special Agent
*Printed name and title*

 A-M



# DEPARTMENT OF HOMELAND SECURITY
## U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

### INVENTORY LOG

Date: 10/7/19   Location: 1220 N Jones Rd, Indep, Mo 64056   Page 1 of 2

| Item # | Item Description | Location Discovered | Time | Discovering Agent |
|---|---|---|---|---|
| 1 | Samsung Chromebook | A - Living Room | 0630 | Titus |
| 2 | Blue Samsung Tablet | I - Basement | 0630 | Psenak |
| 3 | grey ipad | I - Basement | 0630 | Psenak |
| 4 | Micro SD-CARDS (2) | L - basement office | 0630 | Polner |
| 5 | Memory Sticks (4) | " | " | " |
| 6 | Thumb drive (1) | " | " | " |
| 7 | Blue Hard Drive | " | " | " |
| 8 | Blk Samsung phone | " | " | " |
| 9 | Org Nikon camera | " | " | " |
| 10 | Blue Vivitar Camera | " | " | " |
| 11 | Red ipod | " | " | " |
| 12 | Kindle Tablets (2) | " | " | " |
| 13 | Silver Dell Computer | " | " | " |
| 14 | Iphone | " | " | " |
| 15 | Sony Cybershot camera | " | " | " |
| 16 | Blk Canon Powershot | Room J - Basement Bedroom | 0630 | Polner |
| 17 | Blue Hard drive | " | " | " |
| 18 | iphones (3) | " | " | " |
| 19 | Samsung phone | " | " | " |
| 20 | Samsung tablet | " | " | " |
| 21 | Polaroid Camera | " | " | " |
| 22 | Sony Handy cam (Blk) | " | " | " |
| 23 | SD Cards (15)(1) | " | " | " |
| 24 | Yellow Coolpix Nikon | " | " | " |
| 25 | Go Pro | " | " | " |
| 26 | Thumb drives (2)(1) | " | " | " |
| 27 | Asus Laptop | " | " | " |
| 28 | ~~Samsung~~ Iphone (blue) | " | " | " |
| 29 | grey Sony Handycam | Room J | 0630 | Polner |

Warrant Number:                     Completed By: Cox

**Assistant Special Agent in Charge, 4100 N. Mulberry, Suite 225, Kansas City, MO 64116**



# DEPARTMENT OF HOMELAND SECURITY
# U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## INVENTORY LOG

Date: 10/7/19  Location: 1220 N Jones Rd  Page 2 of 2

| Item # | Item Description | Location Discovered | Time | Discovering Agent |
|---|---|---|---|---|
| 1 | HP Laptop Blk | Room J | 0630 | Polner |
| 2 | HP Laptop Grey | " | 0630 | " |
| 3 | Misc Docs. | " | 0630 | " |
| 4 | DVD/CD (50) | " | " | " |
| 5 | iPod | " | " | " |
| 6 | Seagate HD. | " | " | " |
| 7 | 1 watch | " | " | " |
| 8 | Memory stick (1) | " | " | " |
| 9 | SD Card (13) | " | " | " |
| 10 | Blk Samsung Tablet | Room J | 0630 | Polner |
| 11 | HP Desktop | Room L | 0630 | Polner |
| 12 | Acer Laptop | Room A | 0630 | Titus. |
| 13 | HP Laptop Dark grey | " " | " | " |
| 14 | Seagate HD Blk | Room J | 0630 | Polner |
| 15 | Clothing Misc | " | " | " |
| 16 | Grey Dell Laptop | Room F - Master Bed | 0630 | Estrada |
| 17 | WD Hard drive | Room K - Basement Storage | 0630 | Polner |
| 18 | | | | |
| 19 | | Nothing Follows | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |

Warrant Number:   Completed By: Cox

Assistant Special Agent in Charge, 4100 N. Mulberry, Suite 225, Kansas City, MO 64116